# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

| | |
|---|---|
| Derrick Allen <br> *Plaintiff/Petitioner* <br> v. <br> DOMINOS 3 HiRERIGHT <br> *Defendant/Respondent* | Civil Action No. 1:19CV 1225 |

**APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS**
**(Short Form)**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:



My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☑ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☑ Yes | ☐ No |
| (f) Any other sources | ☑ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

From working with various of employers I have made less than $5,000.00. And any money that has been provided to I from Judith Fortney in the form of a Gift I have not been keeping Count, but if I was to give an estimate I would say less than $9,000.00. And I have no idea if Judith will continue, but I am too optimistic and believe that she will. I also will start receiving financial aid and too subside and unsubside school loans from Durham Tech Community college this fall semester of 2019.

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ $0.00  (checking) .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

I do not own a automobile, but the automobile I now drive is in the name of Judith Fortney  and I in which she is helping me establish credit and too paying the car payments when I cannot make them.

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I am homeless, I occasionally stay in hotel rooms when I have money other times I sleep in my car; searching or housing.

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Derrick Allen jr. ; son. I contribute nothing as of this moment because I have no job or steady source of income.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

yes, I have medical bills which has not been paid and this include dental, there are other miscellaneous bills which are no more than $3,000.00 such as loans from Local Government Credit union, and I too owe wells Fargo. Car payment of $ 470.00 I pay a month, Jewelry that I lease from Jared....school loans, credit loans and more.

*Declaration:*  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  12/18/2019

Derrick Allen
*Applicant's signature*

DERRICK ALLEN
*Printed name*